AND NOW, this 19th day of August, 2008, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Timothy DAVIS, a/k/a Tyrone Davis, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 2008, the Petition for Review is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

John F. HILL, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 2008, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.